# United States District Court
# Middle District of Florida
# Orlando Division

PAUL W. GUINN,

                    Plaintiff,

-vs-                                                    Case No.  6:11-cv-606-Orl-18KRS

COMMISSIONER OF SOCIAL
SECURITY,

_____

## Report And Recommendation

**TO THE UNITED STATES DISTRICT COURT:**

> This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO DISMISS (Doc. No. 16)** |
| **FILED:** | **March 12, 2013** |

> The Commissioner of Social Security moves to dismiss this case seeking for underpaid Supplemental Security Income ("SSI") benefits based on written notice from Plaintiff's counsel that Plaintiff, Paul Guinn, died on January 26, 2013.  *See* Doc. No. 16-1 at 4-5.  Counsel for Plaintiff did not respond to the motion.  Therefore, I construe the motion as unopposed.

> The governing Social Security regulation provides that if a claimant for SSI benefits dies before all benefits have been paid, the Social Security Administration will pay the amount due to the deceased claimant's surviving eligible spouse.  20 C.F.R. § 416.542(b)(1).  There is no information

indicating that Plaintiff Guinn had a surviving spouse who could proceed with the case on his behalf. *Id.* at 4.

Accordingly, I **RESPECTFULLY RECOMMEND** that the Court **GRANT** the motion, **DISMISS** the case, and **DIRECT** the Clerk of Court to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 2, 2013.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Courtroom Deputy
Counsel of Record