UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAUL W. GUINN,

Plaintiff,

-vs-                                                                                     Case No. 6:11-cv-606-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Defendant Commissioner of Social Security's Motion to Dismiss (Doc. No. 16). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED.** The Motion to Dismiss is **GRANTED** and the Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this __17__ day of April, 2013.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record